UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDUARDO VASQUEZ,

    Plaintiff,

v.                                                      Case No. 5:20-cv-134-TKW/MJF

K. BISHOP, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against Defendants Colon, Love, Mendez, Corrales, and Keaton should be dismissed pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) based on Plaintiff's failure to state a claim upon which relief may be granted against those defendants.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this order.

2. The claims against Defendants Colon, Love, Mendez, Corrales, and Keaton are **DISMISSED**.

3.	This case is recommitted to the magistrate judge to address Plaintiff's remaining claims against Defendant Bishop.

**DONE AND ORDERED** this 16th day of February, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**